# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

IN RE: Mary Elizabeth Elrod  )  
                                                          )    Case No. 10-43245-JJR-13  
        DEBTOR                      )

## AMENDED PLAN

Comes now the Debtor by and through the attorney of record, Bethany Cobb Courville, and respectfully requests this Honorable Court to amend the Chapter 13 Plan as shown on the attached Plan.

/s/Bethany Cobb Courville  
Bethany Cobb Courville  
Attorney for Debtor  
POB 306  
Anniston, AL 36202  
(256) 237-2250

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Amended Plan upon all parties of record, on this the 20th day of January, 2011 as follows:

Linda Gore (Via electronic notification)  
ch13trustee@bellsouth.net

See attached matrix (Via First Class Mail)

/s/Bethany Cobb Courville  
Bethany Cobb Courville  
Attorney at Law

**Chapter 13 Plan**

Case No.: 10-43245
Net Monthly Earnings: 1225.12

Debtor(s): Mary Elizabeth Elrod  SS# 7297

SS# _____

Number of Dependants: 0

I. Plan Payments:
( ) Debtor(s) propose to pay a periodic payment of $_____ [ ] weekly [ ] biweekly [ ] semi-monthly [ ] monthly into the plan; or
(X) Payroll deduction Order to: Dominos 1470 W. Main St. Centre, AL 35960 for $148.00 [ ] weekly [X] biweekly [ ] semi-monthly [ ] monthly.

Length of plan is 60 months, and the total debt to be paid through the plan is $19240.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See '1322(a) (2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $ 2,750.00 to be paid as funds become available.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate of Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee: ADEQUATE PROTECTION PAYMENTS TO CONTINUE UNTIL FIXED PAYMENTS BEGIN.

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Suntrust Bank | 121.30 | 12,129.80 | 12,129.80 | 0 | 2007 Hyundai Sonata | 4.25% | 236.26 | 05/11 |
|  |  |  |  |  |  |  |  |  |

III. Other debts (not shown in 1. or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |

IV. Special Provisions: Debtor to offer to Trustee any proceeds she receives from the sale of the prior martial home. Debtor surrenders motorcycle to HSBC/Kawasaki to the full satisfaction of the debt.

[ ] This is an original plan.
[X] This is an amended plan replacing plan dated 11/16/10
[X] This plan proposes to pay unsecured creditors approximately 26%.
[X] Other provisions. PAYMENTS TO CREDITORS TO BEGIN ONCE ADMINISTRATIVE FEES ARE PAID IN FULL

Dated: 1/20/11

Attorney for Debtor Name/Address/Telephone
Bethany Cobb Courville
POB 306
Anniston, Alabama 36202

/s/ Bethany Cobb Courville
Signature of Debtor's Attorney